```
                        UNITED STATES BANKRUPTCY COURT
                         SOUTHERN DISTRICT OF OHIO
                         WESTERN DIVISION AT DAYTON

IN RE:                                              : CASE NO: 05-30674
WILLIAM R. KNOX         & LUANA D. KNOX             :      (Chapter 13)
1610 LAGONDA AVENUE       1610 LAGONDA AVENUE       : JUDGE THOMAS F. WALDRON
                                                    :
SPRINGFIELD OH            SPRINGFIELD OH            :
          45503-0000                 45503-0000     :
                                                    :
              Debtor(s)                             :
 SSN XXX-XX-7832          SSN XXX-XX-0189           :
-------------------------------------------------------------------------------
                        REPORT OF UNCLAIMED FUNDS
-------------------------------------------------------------------------------
The Trustee reports that the following is an itemized list of the unclaimed
funds which are being paid to the Clerk  of  the Bankruptcy  Court.

WILLIAM R. & LUANA D. KNOX CASE. NO. 0530674
1610 LAGONDA AVENUE

SPRINGFIELD OH              45503-0000                                934.94

                                T O T A L                             934.94
                                CHECK NO. 3489320



                                _/s/ Jeffrey M. Kellner_____
                                Jeffrey M. Kellner 0022205
                                Chapter 13 Trustee
                                131 N. Ludlow Street, Suite 900
                                Dayton, Ohio 45402
                                (937) 222-7600  Fax (937)222-7383
                                email: chapter13@dayton13.com

                                DATED: 11/18/05
```

```
                        Certificate of Service                    05-30674
I hereby certify that a copy of the attached was served by electronic service
or was mailed by first class mail to each of the following on the date of
the electronic filing.
WILLIAM R. & LUANA D. KNOX              1610 LAGONDA AVENUE
                                          SPRINGFIELD OH              45503-0000
LESTER R THOMPSON                       1340 WOODMAN DR
                                          DAYTON OH                   45432-0000
OFFICE OF THE U S TRUSTEE               170 NORTH HIGH ST
  SUITE 200                               COLUMBUS OH                 43215-0000

                        Jeffrey M. Kellner  BY _/s/ Jeffrey M. Kellner_

                        1118CSUCF_129769
                               ###
```